UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:          GERALD J. BROWN                              CASE 03-19781

                MARVINELL R. BROWN                           CHAPTER 13

                DEBTORS                                      SECTION A

### FIRST PETITION TO AMEND SCHEDULES AND PLAN PRE CONFIRMATION

NOW into court, through undersigned counsel, come the debtors who move to amend their schedules and plan pre confirmation, and who represent as follows:

1.

Your debtors filed for Chapter 13 Bankruptcy relief on December 19, 2003.

2.

Your debtors wish to add an unsecured debt to Attorney Joseph R. McMahon, III on Schedule F to be paid through the trustee.

3.

Debtors' original plan calls for them to pay their creditors 100% over fifty-three (53) months in payments of $400.00 for the first three (3) months, $1,000.00 for the next twenty (20) months, and $1,320.15 for the remaining thirty (30) months of the plan. Debtors' new plan will remain the almost the same, with only a small change. The new plan will call for the debtors to pay $1,376.81 for the last thirty (30) months of the plan.

**WHEREFORE,** your debtors pray for permission to so amend their schedules and plan as set forth above, and for such other relief as is just and equitable.

Respectfully Submitted:

Phillip D. Rubins
Attorney at Law
4051 Veterans Memorial Blvd
Suite 305
Metairie, LA 70002
(504) 454-7763

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:        GERALD J. BROWN                         CASE 03-19781

              MARVINELL R. BROWN                      CHAPTER 13

              DEBTORS                                 SECTION A

### CERTIFICATE OF SERVICE

I, Phillip D. Rubins, do hereby certify that on this ___ day of _____ 2004, I have served a copy of the foregoing **FIRST PETITION TO AMEND SCHEDULES AND PLAN PRE CONFIRMATION** on all parties in interest to this proceeding, by mailing the same by United States mail, properly addressed, and first class postage prepaid.

Chapter 13 Trustee
433 Metairie Rd.
Suite 515
Metairie, LA 70005

US Trustee
Texaco Bldg., 21st Floor
400 Poydras St.
New Orleans, LA 70130

Joseph R. McMahon, III
110 Ridgelake Dr.
Metairie, LA 70001

Gerald & Marvinell Brown
1121 Lake Louise Dr.
Gretna, LA 70056

Please see attached for a complete list of creditors.

_____
PHILLIP D. RUBINS

**03-19781** Gerald J. Brown and Marvinell R. Brown
**Case type:** bk **Chapter:** 13 **Asset:** Yes **Vol:** v **Judge:** Thomas M. Brahney III
**Date filed:** 12/19/2003 **Date of last filing:** 02/05/2004

# Creditors

**American Honda Finance**
P.O. Box 168008                      (cr)
Irving, TX 75016-8008

**Bank One**
P.O. Box 961081                      (cr)
Fort Worth, TX 76161

**Bank One**
NPS OH1-1277
Po Box 182223                        (cr)
Columbus, OH 43218-2223

**Bank One**
P.O. Box 94015                       (cr)
Palatine, IL 60094-4015

**Bankfirst Action Card**
P.O. Box 5052                        (cr)
Sioux Falls, SD 57117

**Bankfirst Action Card**
P.O. Box 5159                        (cr)
Sioux Falls, SD 57117

**Capital One**
P.O. Box 60000                       (cr)
Seattle, WA 98190-6000

**Capital One**
P.O. Box 85015                       (cr)
Richmond, VA 23285-5015

**Card Service Center**
P.O. Box 9201                        (cr)
Old Bethpage, NY 11804-9201

**Card Service Center**
P.O. Box 6077                        (cr)
Sioux Falls, SD 57117

**FCNB**
P.O. Box 5280                        (cr)
Portland, OR 97208

**FCNB**
9310 SW Gemini Dr.                   (cr)

Beaverton, OR 97078

**GMAC Mortgage**
3200 Park Center Dr.
Suite 150    (cr)
Costa Mesa, CA 92626

**Greentree Mortgage**
7360 South Kyrene Rd.    (cr)
Tempe, AZ 85283

**IRS**
600 S. Maestri Pl.
Stop 31    (cr)
New Orleans, LA 70130

**J.C. Penney**
P.O. Box 27570    (cr)
Albuquerque, NM 87125

**J.C. Penney**
P.O. Box 32000    (cr)
Orlando, FL 32890-0003

**Providian**
P.O. Box 9016    (cr)
Pleasanton, CA 94566

**Providian**
P.O. Box 9539    (cr)
Manchester, NH 03108

**Spiegel/FCNB**
P.O. Box 5280    (cr)
Portland, OR 97208

**Spiegel/FCNB**
9310 SW Gemini Dr.    (cr)
Beaverton, OR 97078-0001

**ditech.com**
500 Enterprise Road    (cr)
Horsham, PA 19044

| PACER Service Center ||||
|---|---|---|---|
| Transaction Receipt ||||
| 02/06/2004 17:04:08 ||||
| **PACER Login:** | pr0543 | **Client Code:** | |
| **Description:** | Creditor List | **Case Number:** | 03-19781 |
| **Billable Pages:** | 1 | **Cost:** | 0.07 |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  GERALD J. BROWN                CASE 03-19781

MARVINELL R. BROWN                     CHAPTER 13

DEBTORS                                SECTION A

## VERIFICATION

We, Gerald & Marvinell Brown, do hereby make solemn oath that we have read the foregoing **FIRST PETITION TO AMEND SCHEDULES AND PLAN PRE CONFIRMATION**, and it is true and correct to the best of our knowledge and belief.

_/s/ Gerald Brown_
_/s/ Marvinell Brown_

**SWORN TO AND SUBSCRIBED** before me, undersigned Notary Public, this _____ day of _____, 2004.

_____
NOTARY PUBLIC

# United States Bankruptcy Court
### Eastern District of Louisiana

In re    **Gerald J. Brown,**
        **Marvinell R. Brown**
                                Debtors

Case No. **03-19781**

Chapter **13**

## SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| | | | AMOUNTS SCHEDULED | | |
|---|---|---|---|---|---|
| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
| A - Real Property | Yes | 1 | 240,000.00 | | |
| B - Personal Property | Yes | 3 | 46,350.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 280,000.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 3 | | 54,804.32 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | 7,700.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 5,175.70 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 4,156.00 |
| Total Number of Sheets of ALL Schedules | | 19 | | | |
| | | Total Assets | 286,350.00 | | |
| | | | Total Liabilities | 342,504.32 | |

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037      Best Case Bankruptcy

Form B6F
(12/03)

In re  **Gerald J. Brown,**
       **Marvinell R. Brown**
                                                       Debtors

Case No. **03-19781**

# AMENDED
## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5424-7708-2162-9917**<br>**Bankfirst Action Card**<br>**P.O. Box 5159**<br>**Sioux Falls, SD 57117** | | C | > 6 mos.<br>Goods and services on open account. In plan at 100% over 53 mos. | | | | 500.00 |
| Account No. **4777-2108-4345-1566**<br>**Bankfirst Action Card**<br>**P.O. Box 5159**<br>**Sioux Falls, SD 57117** | | C | > 6 mos.<br>Goods and services on open account. In plan at 100% over 53 mos. | | | | 250.00 |
| Account No.<br>**Bankfirst Action Card**<br>**P.O. Box 5052**<br>**Sioux Falls, SD 57117** | | C | **NOTICE ONLY** | | | | 0.00 |
| Account No. **5291-1514-5472-3584**<br>**Capital One**<br>**P.O. Box 85015**<br>**Richmond, VA 23285-5015** | | C | > 6 mos.<br>Goods and services on open account. In plan at 100% over 53 mos. | | | | 600.00 |

**4** continuation sheets attached

Subtotal
(Total of this page)  1,350.00

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037   S/N:27512-031103   Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   Gerald J. Brown,
        Marvinell R. Brown,
                                        Debtors

Case No.   **03-19781**

## AMENDED
### SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5291-0716-1763-0338**<br><br>Capital One<br>P.O. Box 85015<br>Richmond, VA 23285-5015 | | C | > 6 mos.<br>Goods and services on open account. In plan at 100% over 53 mos. | | | | 200.00 |
| Account No. **5302-8719-2724-7583**<br><br>Capital One<br>P.O. Box 85015<br>Richmond, VA 23285-5015 | | C | > 6 mos.<br>Goods and services on open account. In plan at 100% over 53 mos. | | | | 150.00 |
| Account No. **4121-7414-8170-4125**<br><br>Capital One<br>P.O. Box 85015<br>Richmond, VA 23285-5015 | | C | > 6 mos.<br>Goods and services on open account. In plan at 100% over 53 mos. | | | | 100.00 |
| Account No.<br><br>Capital One<br>P.O. Box 60000<br>Seattle, WA 98190-6000 | | C | **NOTICE ONLY** | | | | 0.00 |
| Account No. **4031-1745-0400-8176**<br><br>Card Service Center<br>P.O. Box 9201<br>Old Bethpage, NY 11804-9201 | | C | > 6 mos.<br>Goods and services on open account. In plan at 100% over 53 mos. | | | | 300.00 |

Sheet no. **1** of **4** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **750.00**

Form B6F - Cont.
(12/03)

In re  Gerald J. Brown,
       Marvinell R. Brown

Case No. __03-19781__

Debtors

# AMENDED
## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 4031-1745-0400-8176<br><br>Card Service Center<br>P.O. Box 6077<br>Sioux Falls, SD 57117 | | C | NOTICE ONLY | | | | 0.00 |
| Account No. 4071-7600-0829-2307<br><br>FCNB<br>9310 SW Gemini Dr.<br>Beaverton, OR 97078 | | C | > 6 mos.<br>Goods and services on open account. In plan at 100% over 53 mos. | | | | 250.00 |
| Account No. 5421-1600-1212-6183<br><br>FCNB<br>9310 SW Gemini Dr.<br>Beaverton, OR 97078 | | C | > 6 mos.<br>Goods and services on open account. In plan at 100% over 53 mos. | | | | 250.00 |
| Account No.<br><br>FCNB<br>P.O. Box 5280<br>Portland, OR 97208 | | C | NOTICE ONLY | | | | 0.00 |
| Account No. 09303350211<br><br>J.C. Penney<br>P.O. Box 27570<br>Albuquerque, NM 87125 | | C | > 6 mos.<br>Goods and services on open account. In plan at 100% over 53 mos. | | | | 100.00 |

Sheet no. __2__ of __4__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  600.00

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  Gerald J. Brown,
       Marvinell R. Brown

Case No. __03-19781__

Debtors

## AMENDED
## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 09303350211<br><br>J.C. Penney<br>P.O. Box 32000<br>Orlando, FL 32890-0003 | | C | NOTICE ONLY | | | | 0.00 |
| Account No. 43821737081<br><br>J.C. Penney<br>P.O. Box 27570<br>Albuquerque, NM 87125 | | C | > 6 mos.<br>Goods and services on open account. In plan at 100% over 53 mos. | | | | 50.00 |
| Account No.<br><br>Joseph R. McMahon, III<br>110 Ridgelake Dr.<br>Metairie, LA 70001 | | C | > 6 mos.<br>Legal services. In plan at 100% over 53 mos. | | | | 1,700.00 |
| Account No. 4465-6816-0075-2080<br><br>Providian<br>P.O. Box 9016<br>Pleasanton, CA 94566 | | C | > 6 mos.<br>Goods and services on open account. In plan at 100% over 53 mos. | | | | 2,500.00 |
| Account No. 4465-6816-0075-2080<br><br>Providian<br>P.O. Box 9539<br>Manchester, NH 03108 | | C | NOTICE ONLY | | | | 0.00 |

Sheet no. __3__ of __4__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  4,250.00

Form B6F - Cont.
(12/03)

In re  Gerald J. Brown,
       Marvinell R. Brown,
                                                                Debtors

Case No. __03-19781__

## AMENDED
## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 4465-6105-0054-7050<br><br>Providian<br>P.O. Box 9016<br>Pleasanton, CA 94566 | | C | > 6 mos.<br>Goods and services on open account. In plan at 100% over 53 mos. | | | | 200.00 |
| Account No. 5542-8510-0063-2927<br><br>Providian<br>P.O. Box 9016<br>Pleasanton, CA 94566 | | C | > 6 mos.<br>Goods and services on open account. In plan at 100% over 53 mos. | | | | 200.00 |
| Account No. 1719951913<br><br>Spiegel/FCNB<br>9310 SW Gemini Dr.<br>Beaverton, OR 97078-0001 | | C | > 6 mos.<br>Goods and services on open account. In plan at 100% over 53 mos. | | | | 250.00 |
| Account No. 1719951913<br><br>Spiegel/FCNB<br>P.O. Box 5280<br>Portland, OR 97208 | | C | NOTICE ONLY | | | | 0.00 |
| Account No. 1719951913<br><br>Spiegel/FCNB<br>9310 SW Gemini Dr.<br>Beaverton, OR 97078-0001 | | C | > 6 mos.<br>Goods and services on open account. In plan at 100% over 53 mos. Disputed | | | X | 100.00 |

Sheet no. __4__ of __4__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    750.00

Total (Report on Summary of Schedules)    7,700.00

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

Form 7
(12/03)

# United States Bankruptcy Court
### Eastern District of Louisiana

In re: Gerald J. Brown, Marvinell R. Brown
Debtor(s)

Case No. 03-19781
Chapter 13

## STATEMENT OF FINANCIAL AFFAIRS - AMENDED

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐ State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| $55,000.00 | 2003 estimated year-to-date income |

**2. Income other than from employment or operation of business**

None ■ State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT    SOURCE

**3. Payments to creditors**

None ■ a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■ b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Joseph R. McMahon, III vs. Marva Rene Brown and Gerald Brown Case No. 90850 | Lawsuit | Second Parish Court Parish of Jefferson State of Louisiana | Pending |

None ■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

3

None ■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ■   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ■   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None ☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Phillip D. Rubins<br>4051 Veterans Blvd.<br>Suite 305<br>Metairie, LA 70002 | 12/19/03 | $806.00 - Attorney fee<br>$194.00 - Filing fee<br>_____<br>$1,000.00 - TOTAL |

### 10. Other transfers

None ■   List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

**11. Closed financial accounts**

None ■ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ■ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ■ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ■ If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None ■ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

5

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18. Nature, location and name of business**

None ■ a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NO. (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

6

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ■ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

None ■ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ■ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None ■ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

### 20. Inventories

None ■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21. Current Partners, Officers, Directors and Shareholders

None ■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

7

**22. Former partners, officers, directors and shareholders**

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23. Withdrawals from a partnership or distributions by a corporation**

None ■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER |
|---|---|

**25. Pension Funds.**

None ■   If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER |
|---|---|

Case 03-19781    Doc 8    Filed 02/09/04    Entered 02/09/04 09:00:52    Main Document
Page 20 of 20