UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:        GERALD J. BROWN                    CASE 03-19781

              MARVINELL R. BROWN                 CHAPTER 13

              DEBTORS                            SECTION A

## SECOND PETITION TO AMEND SCHEDULES AND PLAN PRE CONFIRMATION

NOW into court, through undersigned counsel, come the debtors who move to amend their schedules and plan pre confirmation, and who represent as follows:

1.

Your debtors filed for Chapter 13 Bankruptcy relief on December 19, 2003.

2.

Debtors amend their plan and schedules to include late charges of $1,100.00 owed to Greentree Mortgage.

3.

The amended plan is a 100%, 53-month trifurcated plan, with payments of $400.00 per month for the first 3 months, payments of $1,000.00 per month for the next 20 months, and payments of $1,420.24 per month over the remaining 30 months of the plan.

**WHEREFORE,** your debtors pray for permission to so amend their schedules and plan

as set forth above, and for such other relief as is just and equitable.

Respectfully Submitted:

Phillip D. Rubins
Attorney at Law
4051 Veterans Memorial Blvd
Suite 305
Metairie, LA 70002
(504) 454-7763

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:        GERALD J. BROWN                    CASE 03-19781

              MARVINELL R. BROWN                 CHAPTER 13

              DEBTORS                            SECTION A


## **VERIFICATION**

We, Gerald & Marvinell Brown, do hereby make solemn oath that we have read the

foregoing **SECOND PETITION TO AMEND SCHEDULES AND PLAN PRE**

**CONFIRMATION**, and it is true and correct to the best of our knowledge and belief.

_____
GERALD BROWN

_____
MARVINELL BROWN




**SWORN TO AND SUBSCRIBED** before me, undersigned Notary Public, this _____

day of _____, 2004.

_____
NOTARY PUBLIC

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:        GERALD J. BROWN                    CASE 03-19781

              MARVINELL R. BROWN                 CHAPTER 13

              DEBTORS                            SECTION A

**CERTIFICATE OF SERVICE**

I, Phillip D. Rubins, do hereby certify that on this _____ day of _____ 2004, I

have served a copy of the foregoing **SECOND PETITION TO AMEND SCHEDULES AND**

**PLAN PRE CONFIRMATION** on all parties in interest to this proceeding, by mailing the

same by United States mail, properly addressed, and first class postage prepaid.

Chapter 13 Trustee
433 Metairie Rd.
Suite 515
Metairie, LA 70005

US Trustee
Texaco Bldg., 21st Floor
400 Poydras St.
New Orleans, LA 70130

Joseph R. McMahon, III
110 Ridgelake Dr.
Metairie, LA 70001

Gerald & Marvinell Brown
1121 Lake Louise Dr.
Gretna, LA 70056

Please see attached for a complete list of creditors.

_____
PHILLIP D. RUBINS

**Creditor Address Information for Case 03-19781**
GERALD J BROWN MARVINELL R BROWN

ACTIVE
User: Phillip Rubins

AMERICAN HONDA FINANCE
PO BOX 168008
IRVING TX 75016-8008

BANK ONE
SUITE 2047
370 S CLEVELAND AVE
WESTERVILLE OH 43081

BANK ONE
PO BOX 94015
PALATINE IL 60094-4015

BANK ONE
SUITE 2047
370 S CLEVELAND AVE
WESTERVILLE OH 43081

GMAC MORTGAGE CORP
STE 150
3200 PARK CENTER DR
COSTA MESA CA 92626

GREENTREE MORTGAGE
7360 SOUTH KYRENE RD
TEMPE AZ 85283

INTERNAL REVENUE SERVICE
STOP 31
600 S MAESTRI PL
NEW ORLEANS LA 70130

Form B6D
(12/03)

In re  **Gerald J. Brown,**
　　　**Marvinell R. Brown**

Case No.　**03-19781**

Debtors

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | | |
| Account No. **xxx-xxx-xxxxxxx-0001** <br><br> **American Honda Finance** <br> **P.O. Box 168008** <br> **Irving, TX 75016-8008** | | | | C | > 6 mos. <br><br> **Balance on vehicle. Pay DIRECT $574/mo. beg. next due date post filing.** <br><br> **2002 Honda Passport** <br><br> Value $　　　17,000.00 | | | | 20,000.00 | 3,000.00 |
| Account No. **xxxxxxxxxx3814** <br><br> **Bank One** <br> **P.O. Box 961081** <br> **Fort Worth, TX 76161** | | | | C | * 20 mos. remaining. Basis of 2nd split in step plan. <br><br> **Balance on vehicle. Pay DIRECT $537/mo. beg. next due date post filing.** <br><br> **2000 Infiniti Q45** <br> Value $　　　23,000.00 | | | | 10,000.00 | 0.00 |
| Account No. **xxxxxxxxxx3814** <br><br> **Bank One** <br> **P.O. Box 94015** <br> **Palatine, IL 60094-4015** | | | | C | NOTICE ONLY <br><br><br> Value $　　　0.00 | | | | 0.00 | 0.00 |
| Account No. **xxxxx2134** <br><br> **GMAC Mortgage** <br> **3200 Park Center Dr.** <br> **Suite 150** <br> **Costa Mesa, CA 92626** | | | | C | > 6 mos. <br><br> **2nd mtg. balance on residence. Pay DIRECT $200/mo. beg. 1/1/04.** <br><br> **Residence** <br> **1121 Lake Louise Dr.** <br> **Gretna, LA 70056** <br> Value $　　　240,000.00 | | | | 50,000.00 | 10,000.00 |

**1**　 continuation sheets attached

Subtotal
(Total of this page)

80,000.00

Form B6D - Cont.
(12/03)

In re    **Gerald J. Brown,**
         **Marvinell R. Brown**

Case No. ___**03-19781**___

_____,
                          Debtors

## SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS - AMENDED
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W J C | | | | | | | |
| Account No. **LN xxxxxx7177**<br><br>**Greentree Mortgage**<br>**7360 South Kyrene Rd.**<br>**Tempe, AZ 85283** | | | C | **> 6 mos.**<br><br>**1st mtg. balance on residence. Pay DIRECT $1580/mo. beg. 1/1/04.**<br>**Residence**<br>**1121 Lake Louise Dr.**<br>**Gretna, LA 70056** | | | | | |
| | | | | Value $          240,000.00 | | | | 200,000.00 | 0.00 |
| Account No. **xxxxxx7177**<br><br>**Greentree Mortgage**<br>**7360 South Kyrene Rd.**<br>**Tempe, AZ 85283** | | | C | **> 6 mos.**<br><br>**Late charges. In plan at 100% over 36 mos. Pay $30.56 per mo.**<br>**Residence**<br>**1121 Lake Louise Dr.**<br>**Gretna, LA 70056** | | | | | |
| | | | | Value $          240,000.00 | | | | 1,100.00 | 1,100.00 |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |

Sheet **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)           **201,100.00**

Total
(Report on Summary of Schedules)           **281,100.00**

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Form B6E
(12/03)

In re   **Gerald J. Brown,**                                              Case No.   **03-19781**
        **Marvinell R. Brown**
_____,
                                  Debtors

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

■ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                    __**2**__   continuation sheets attached

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

Form B6E - Cont.
(12/03)

In re **Gerald J. Brown,**
     **Marvinell R. Brown**

Case No. **03-19781**

Debtors

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Chapter 13 Trustee** <br> **433 Metairie Rd.** <br> **Suite 307** <br> **Metairie, LA 70005** | | C | **12/19/03** <br><br> **Administrative services at 100% priority.** | | | | 4,313.32 | 4,313.32 |
| Account No. <br><br> **Phillip D. Rubins** <br> **4051 Veterans Blvd.** <br> **Suite 305** <br> **Metairie, LA 70002** | | C | **12/19/03** <br><br> **Legal services in plan at 100% priority.** | | | | 694.00 | 694.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet **1** of **2** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

5,007.32

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6E - Cont.
(12/03)

In re    **Gerald J. Brown,**
**Marvinell R. Brown**

Case No. ___**03-19781**___

Debtors

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**IRS**<br>**600 S. Maestri Pl.**<br>**Stop 31**<br>**New Orleans, LA 70130** | | C | **> 6 mos.**<br><br>**Income taxes. In plan at 100% over 53 mos. All priority.** | | | | 50,000.00 | 50,000.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet **2** of **2** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page) — 50,000.00

Total
(Report on Summary of Schedules) — 55,007.32

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F
(12/03)

In re   **Gerald J. Brown,**
      **Marvinell R. Brown**
                                  Case No. _____**03-19781**_____

                                     Debtors

# AMENDED
# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. **xxxx-xxxx-xxxx-9917**<br><br>**Bankfirst Action Card**<br>**P.O. Box 5159**<br>**Sioux Falls, SD 57117** | | | | C | > 6 mos.<br>**Goods and services on open account. In plan at 100% over 53 mos.** | | | | 500.00 |
| Account No. **xxxx-xxxx-xxxx-1566**<br><br>**Bankfirst Action Card**<br>**P.O. Box 5159**<br>**Sioux Falls, SD 57117** | | | | C | > 6 mos.<br>**Goods and services on open account. In plan at 100% over 53 mos.** | | | | 250.00 |
| Account No.<br><br>**Bankfirst Action Card**<br>**P.O. Box 5052**<br>**Sioux Falls, SD 57117** | | | | C | **NOTICE ONLY** | | | | 0.00 |
| Account No. **xxxx-xxxx-xxxx-3584**<br><br>**Capital One**<br>**P.O. Box 85015**<br>**Richmond, VA 23285-5015** | | | | C | > 6 mos.<br>**Goods and services on open account. In plan at 100% over 53 mos.** | | | | 600.00 |
| __4__  continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | | | **1,350.00** |

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

S/N:27512-040122  Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Gerald J. Brown,**
         **Marvinell R. Brown**

Case No. ____**03-19781**____

Debtors

**AMENDED**
## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx-xxxx-xxxx-0338**<br><br>**Capital One**<br>**P.O. Box 85015**<br>**Richmond, VA 23285-5015** | | C | | > 6 mos.<br>**Goods and services on open account. In plan at 100% over 53 mos.** | | | | 200.00 |
| Account No. **xxxx-xxxx-xxxx-7583**<br><br>**Capital One**<br>**P.O. Box 85015**<br>**Richmond, VA 23285-5015** | | C | | > 6 mos.<br>**Goods and services on open account. In plan at 100% over 53 mos.** | | | | 150.00 |
| Account No. **xxxx-xxxx-xxxx-4125**<br><br>**Capital One**<br>**P.O. Box 85015**<br>**Richmond, VA 23285-5015** | | C | | > 6 mos.<br>**Goods and services on open account. In plan at 100% over 53 mos.** | | | | 100.00 |
| Account No.<br><br>**Capital One**<br>**P.O. Box 60000**<br>**Seattle, WA 98190-6000** | | C | | **NOTICE ONLY** | | | | 0.00 |
| Account No. **xxxx-xxxx-xxxx-8176**<br><br>**Card Service Center**<br>**P.O. Box 9201**<br>**Old Bethpage, NY 11804-9201** | | C | | > 6 mos.<br>**Goods and services on open account. In plan at 100% over 53 mos.** | | | | 300.00 |

Sheet no. __1__ of __4__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

750.00

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(12/03)

In re   **Gerald J. Brown,**
      **Marvinell R. Brown**

Case No. ___**03-19781**___

Debtors
**AMENDED**
## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-8176**<br><br>**Card Service Center**<br>**P.O. Box 6077**<br>**Sioux Falls, SD 57117** | | C | **NOTICE ONLY** | | | | 0.00 |
| Account No. **xxxx-xxxx-xxxx-2307**<br><br>**FCNB**<br>**9310 SW Gemini Dr.**<br>**Beaverton, OR 97078** | | C | **> 6 mos.**<br>**Goods and services on open account. In plan at 100% over 53 mos.** | | | | 250.00 |
| Account No. **xxxx-xxxx-xxxx-6183**<br><br>**FCNB**<br>**9310 SW Gemini Dr.**<br>**Beaverton, OR 97078** | | C | **> 6 mos.**<br>**Goods and services on open account. In plan at 100% over 53 mos.** | | | | 250.00 |
| Account No.<br><br>**FCNB**<br>**P.O. Box 5280**<br>**Portland, OR 97208** | | C | **NOTICE ONLY** | | | | 0.00 |
| Account No. **xxxxxx0211**<br><br>**J.C. Penney**<br>**P.O. Box 27570**<br>**Albuquerque, NM 87125** | | C | **> 6 mos.**<br>**Goods and services on open account. In plan at 100% over 53 mos.** | | | | 100.00 |

Sheet no. __**2**__ of __**4**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

600.00

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Gerald J. Brown,**
        **Marvinell R. Brown**

Case No. ___**03-19781**___

Debtors

# AMENDED
# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. xxxxxxx0211<br><br>J.C. Penney<br>P.O. Box 32000<br>Orlando, FL 32890-0003 | | C | | | **NOTICE ONLY** | | | | 0.00 |
| Account No. xxxxxxx7081<br><br>J.C. Penney<br>P.O. Box 27570<br>Albuquerque, NM 87125 | | C | | | **> 6 mos.**<br>**Goods and services on open account. In plan at 100% over 53 mos.** | | | | 50.00 |
| Account No.<br><br>Joseph R. McMahon, III<br>110 Ridgelake Dr.<br>Metairie, LA 70001 | | C | | | **Legal services. In plan at 100% over 53 mos.** | | | | 1,700.00 |
| Account No. xxxx-xxxx-xxxx-2080<br><br>Providian<br>P.O. Box 9016<br>Pleasanton, CA 94566 | | C | | | **> 6 mos.**<br>**Goods and services on open account. In plan at 100% over 53 mos.** | | | | 2,500.00 |
| Account No. xxxx-xxxx-xxxx-2080<br><br>Providian<br>P.O. Box 9539<br>Manchester, NH 03108 | | C | | | **NOTICE ONLY** | | | | 0.00 |

Sheet no. __3__ of __4__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,250.00

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(12/03)

In re **Gerald J. Brown,**
    **Marvinell R. Brown**

Case No. **03-19781**

Debtors
**AMENDED**
## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. **xxxx-xxxx-xxxx-7050** Providian P.O. Box 9016 Pleasanton, CA 94566 | C | | | | > 6 mos. **Goods and services on open account. In plan at 100% over 53 mos.** | | | | 200.00 |
| Account No. **xxxx-xxxx-xxxx-2927** Providian P.O. Box 9016 Pleasanton, CA 94566 | C | | | | > 6 mos. **Goods and services on open account. In plan at 100% over 53 mos.** | | | | 200.00 |
| Account No. **xxxxxx1913** Spiegel/FCNB 9310 SW Gemini Dr. Beaverton, OR 97078-0001 | C | | | | > 6 mos. **Goods and services on open account. In plan at 100% over 53 mos.** | | | | 250.00 |
| Account No. **xxxxxx1913** Spiegel/FCNB P.O. Box 5280 Portland, OR 97208 | C | | | | **NOTICE ONLY** | | | | 0.00 |
| Account No. **xxxxxx1913** Spiegel/FCNB 9310 SW Gemini Dr. Beaverton, OR 97078-0001 | C | | | | > 6 mos. **Goods and services on open account. In plan at 100% over 53 mos. Disputed** | | | X | 100.00 |

Sheet no. __4__ of __4__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 750.00 |
| Total (Report on Summary of Schedules) | | 7,700.00 |

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy